AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT GENE BAILEY,<br>    Plaintiff,<br><br>v.<br><br>WILLIAM C. TOMAN, JR., ET AL.,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-237-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court DISMISSES Plaintiff's Complaint under 28 U.S.C. § 1915(g). The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **APRIL 16, 2013** WITH A COPY TO:

Robert Gene Bailey, Pro Se (Via USPS to #-0014848, Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

| | |
|---|---|
| April 16, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |